UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Terrance A. Cannon,

        Petitioner,

vs.                                               ORDER

United States of America,

        Respondent.                Civ. No. 06-1214 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    That the Petitioner's Petition for a Writ of Habeas Corpus [Docket No. 1], is summarily dismissed for lack of jurisdiction.

2.    That the Petitioner's application for leave to proceed <u>in forma pauperis</u> [Docket No. 2], is denied, as moot.

                                                                  BY THE COURT:

                                                                   s/ Paul A. Magnuson

Dated: April 18, 2006                     Judge Paul A. Magnuson
At St. Paul, Minnesota                 United States District Court